IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON CHERRY FIEGER,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| CLIFFORD HALL AND SIGNATURE<br>EMERGENCY PRODUCTS, LLC,<br>Defendants. | NO. 24-2410 |

**O R D E R**

**AND NOW**, this 6th day of August, 2025, upon consideration of Defendant Clifford Hall's Motion to Dismiss the Second Amended Complaint (ECF No. 22), and Plaintiff Sharon Cherry Fieger's Response in Opposition (ECF No. 24), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

Further, upon consideration of Defendant Signature Emergency Products, LLC's Motion to Dismiss the Second Amended Complaint (ECF No. 23), and Plaintiff Sharon Cherry Fieger's Response in Opposition (ECF No. 25), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, C.J.**