**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHARON CHERRY FIEGER,**<br>**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **CLIFFORD HALL AND SIGNATURE**<br>**EMERGENCY PRODUCTS, LLC,**<br>**Defendants.** | **NO.  24-2410** |

## O R D E R

**AND NOW**, this 9th day of July, 2026, upon consideration of Plaintiff's Motion for Sanctions (ECF Nos. 79, 83), and Defendant SEP's Response in Opposition thereto (ECF No. 82), it is **HEREBY ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Plaintiff's Motion is **GRANTED** with respect to reasonable expenses incurred in making her February 23, 2026 Motion to Compel (ECF No. 74);

2. Plaintiff's Motion is **GRANTED** with respect to reasonable expenses, including attorney's fees, caused by Defendant SEP's failure to comply with the April 6, 2026 Order Compelling Discovery (ECF No. 78);

3. Plaintiff's Motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that on or before July 24, 2026, Plaintiff shall file a fee petition supported by appropriate documentation.  Defendant SEP shall respond on or before July 31, 2026.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**