**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHARON CHERRY FIEGER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CLIFFORD HALL AND SIGNATURE EMERGENCY PRODUCTS, LLC,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 24-2410** |

**<u>O R D E R</u>**

**AND NOW**, this 11th day of August, 2026, upon consideration of Plaintiff's Fee Petition (ECF No. 93), and Defendant SEP's Response in Opposition thereto (ECF No. 96), **IT IS HEREBY ORDERED** that Defendant SEP shall pay Plaintiff **$11,496.65** in attorneys' fees and costs, pursuant to this Court's July 9, 2026 Order (ECF No. 92).

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**